UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARLENE A. HILLS,            )<br>                                            )<br>        Plaintiff,             )<br>                                            )<br>-v-                                      )<br>                                            )<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY,                        )<br>                                            )<br>        Defendant.           )<br>_____) | No. 1:15-cv-393<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

The Court has denied Defendant's motion to affirm the plan administrator's decision and has remanded the matter to the plan administrator for additional consideration. All pending claims have been resolved.

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 28, 2017                                     /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge